UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

In re:  
    JAMES AARON DONALDSON  
    KATHLEEN CAJALA DONALDSON  
                           Debtor(s)

Case No. 19-01665

Chapter 13

## CHAPTER 13 STANDING TRUSTEE'S FRBP 2012
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Nima Ghazvini, successor Trustee to Howard M.S. Hu, for the above-captioned case, submits the following accounting of the estate, through July 31, 2021, pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| | Total paid by or on behalf of the debtor | $19,368.00 |
| | Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | | **$19,368.00** |

**Disbursements & Expense of Administration:**

| | | |
|---|---|---|
| | Attorney's Fees Paid Through the Plan | $3,000.00 |
| | Court Costs | $0.00 |
| | Trustee Expenses & Compensation | $1,872.24 |
| | Other | $0.00 |
| | Secured Creditors | $206.52 |
| | Priority Creditors | $0.00 |
| | General Unsecured Creditors | $13,254.24 |
| **Total Disbursements & Expense of Administration:** | | **$18,333.00** |

**Balanced Transferred to Successor Trustee**      **$1,035.00**

Dated: 08/02/2021

/s/ Nima Ghazvini  
Chapter 13 Successor Trustee  
1050 Bishop Street, #521  
Honolulu, HI 96813